IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEGACY RECORD, INC., a Nebraska corporation;<br><br>Plaintiff,<br><br>vs.<br><br>LOUIS VINCENT MBULLO, an individual; TUNESCAPE LIMITED, a company incorporated under the laws of Tanzania; ZIIKI HOLDINGS PVT LTD, a company incorporated in Mauritius; and DOES 1 THROUGH 50,<br><br>Defendants. | 8:23CV519<br><br>SHOW CAUSE ORDER |

This matter comes before the Court after a review of the docket and pursuant to NECivR 41.2, which states in relevant part: "At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

The complaint was filed on November 20, 2023. Filing No. 1. Plaintiff sent waivers of service to Defendants Louis Vincent Mbullo and Tunescape Limited on January 29, 2024. Filing Nos. 10 and 11. Defendants Mbullo and Tunescape waived service. Plaintiff filed a return of service indicating service on Defendant Ziiki Holdings PVT Ltd on March 13, 2024. Filing No. 12. No answer or other responsive pleading has been filed. Plaintiff has a duty to prosecute the case and

may, for example, seek default judgment in accordance with the applicable rules or take other action as appropriate.

Accordingly,

IT IS ORDERED that Plaintiff shall have until May 29, 2024 to show cause why this case should not be dismissed pursuant to NECivR 41.2 for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 8th day of May, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge