IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LEGACY RECORD, INC., a Nebraska
corporation;

Plaintiff,

vs.

DOES 1 THROUGH 50,

Defendants.

**8:23CV519**

**SHOW CAUSE ORDER**

This matter comes before the Court after a review of the docket and pursuant to NECivR 41.2, which states in relevant part: "At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

The Clerk entered default pursuant to Fed. R. Civ. Proc. 55(a) as to the named Defendants in the above-captioned case on May 21, 2024. Filing Nos. 16, 18. A review of the docket reveals this case has not otherwise progressed.

Accordingly,

IT IS ORDERED that Plaintiff shall have until August 19, 2024 to show cause why this case should not be dismissed pursuant to NECivR. 41.2 for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

1

Dated this 22nd day of July, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge